REHEARING MOTION WITHDRAWN

OCTOBER 25, 1939

No. 4668. —*Japan Import Co., Inc.* v. *United States.* Entered at New York. Reap. Dec. 4643. Motion by plaintiff.

RED WING FLOUR CO., INC., *v.* UNITED STATES

No. 4669.—Invoices dated Budapest, Hungary, August 8, 1937, etc.
Certified August 9, 1937, etc.
Entered at New York, August 19, 1937, etc.
Entry No. 724341, etc.

(Decided October 30, 1939)

*Strauss & Hedges* (*Eugene F. Blauvelt* of counsel) for the plaintiff.
*Webster J. Oliver,* Assistant Attorney General (*Frank E. Carstarphen* and *Daniel I. Auster,* special attorneys), for the defendant.

KEEFE, Judge: These appeals for reappraisement involve importations of baker's compressed yeast from Budapest, Hungary. Two qualities were imported. The so-called "normal" quality was invoiced at $3.50 per barrel of 100 pounds and the "strong" quality at $3.80 per barrel, packing and insurance included. The consular invoices disclose that freight was added to the price at the rate of $2 per 100 pounds, and deducted upon entry as nondutiable. Reappraisement 123783–A, covering merchandise shipped on June 17th, 1937, was entered at a United States selling price of 6½ cents per pound, less expenses 8 per centum, less freight $.0187 per pound, less 20 per centum duty applicable to yeast under paragraph 1558, act of 1930. The remainder of the entries covered by the reappraisements herein was entered as invoiced. The merchandise was appraised upon the basis of United States value at $4.04 per hundred pounds, both qualities of yeast being appraised at the same price.

The question before me therefore is whether or not there is a foreign or export value for the merchandise.

The importer testified at length and was very minutely cross-examined by Government counsel. He established by his testimony that he had no special agreement with the exporter to be the sole representative in the United States for the exporter's yeast product; that while in Budapest he visited four manufacturers and obtained prices for export of yeast to the United States; that the prices obtained were all about the same; that he elected to purchase his merchandise